[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-15718
Non-Argument Calendar
_____

D.C. Docket No. 4:17-cr-00066-LGW-GRS-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EVEROL PALMER,

Defendant - Appellant.
_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(August 29, 2018)

Before TJOFLAT, MARTIN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Daniel Jenkins, appointed counsel for Everol Palmer in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel has correctly assessed the relative merit of the appeal. Because our independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Palmer's conviction and sentence are **AFFIRMED**.